**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 24- 24368 -CIV-LENARD/ ELFENBEIN

**SAPIR COHEN,**

Plaintiffs,

**v.**

**U.S. DEPARTMENT OF
HOMELAND SECURITY**, *et al.***,**

Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court on the Report and Recommendation of Magistrate Judge Marty Fulgueira Elfenbein, ("Report," D.E. 48), issued on February 1, 2026, recommending the Court deny Defendants' Motion for Temporary Injunction (Motion, D.E. 32) as moot. Further, the Report recommends that the Court deny as moot Plaintiff's request to expedite the trial and proceedings on her request for attorney's fees contained within the motion. The Report provides the Parties with fourteen (14) days to file objections. As of the date of this Order, no objections have been filed. Failure to file objections shall bar parties from attacking on appeal the factual findings contained in the report. *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Therefore, after an independent review of the Report and record, it is hereby

**ORDERED AND ADJUDGED** that:

1.	The Report and Recommendation of the Magistrate Judge (D.E. 48) is

**ADOPTED**; and

2.	Motion for Temporary Injunction (D.E. 32) is **DENIED as moot**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 13th day of March, 2026.

Joan A. Lenard

**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**